# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:06CV85

| | | |
|---|---|---|
| KEVIN LYNN THOMAS, | ) | |
| | ) | ORDER GRANTING |
| Plaintiff, | ) | MOTION FOR ADMISSION |
| | ) | PRO HAC VICE |
| v. | ) | |
| | ) | |
| NATIONAL DATA RETRIEVAL INC., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the motion of Defendant National Date Retrieval LLC, formerly known as National Data Retrieval, Inc., to allow **Megan S. Ben'Ary** to appear *Pro Hac Vice*, filed May 1, 2006.

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Ms. Ben'Ary has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: May 2, 2006

Graham C. Mullen
United States District Judge